ORIGINAL

FILED
SEP 12 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| CARAHSOFT TECHNOLOGY CORP.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 08-646 C<br>Judge ______ |

# MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Carahsoft Technology Corp. ("Carahsoft") respectfully requests that this Court enter a protective order in the form attached prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. This proposed order is identical to the order set forth at Form 8 of the RCFC, with the exception of an additional sentence in paragraph 4 that provides for the immediate admission of the counsel previously admitted to the protective order at GAO without further action. While at GAO, all parties agreed that a protective order was necessary and appropriate for a bid protest action related to this procurement.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
David C. Hammond
James G. Peyster

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2695
Fax: (202) 628-5116

Attorneys for Carahsoft Technology Corp.

September 12, 2008

DC IWDMS. 6290 1