ORIGINAL

FILED
SEP 12 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

CARAHSOFT TECHNOLOGY CORP.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 08-646 C

Judge ______

MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff Carahsoft Technology Corporation ("Carahsoft") respectfully requests that this Court file under seal Carahsoft's Complaint and the documents attached thereto. Plaintiff does not believe its Complaint and the accompanying attachments contain any protected information. However, out of an abundance of caution due to prior disputes between the parties over public version redactions during the GAO bid protest related to this procurement (Docket No. B-400130), Plaintiff files this motion, and now seeks a ruling from this Court that the complaint is free of protected material. Plaintiff is simultaneously filing a Motion for Entry of a Protective Order.

Respectfully submitted,

Frederick W. Claybrook, Jr.
(Counsel of Record)
David C. Hammond
James G. Peyster

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2695
Fax: (202) 628-5116

Attorneys for Carahsoft Technology Corp.

September 12, 2008

DC IWDMS: 6288_2