# United States Court of Federal Claims

No. 08-646 C
September 15, 2008

CARAHSOFT TECHNOLOGYCORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant,

v.

MONSTER GOVERNMENT SOLUTIONS,

Intervenor.

## ORDER MEMORIALIZING INITIAL SCHEDULING CONFERENCE

On September 12, 2008, the complaint in this post-award, procurement protest matter was filed, along with motions for a Protective Order, and for leave to file documents under seal. Subsequently, the court held a recorded, telephonic scheduling conference on September 15, 2008 to accomplish an initial contact with the parties. During the conference, the court allowed counsel of record for potential intervenor, Monster Government Solutions, to voice an oral motion to intervene in this matter.

Pursuant to discussion during the conference, it is ORDERED as follows:

1) The oral motion of counsel of record for potential intervenor is GRANTED. Accordingly, Monster Government Solutions shall appear in the style of all future filings, as intervenor in this matter.

2) Plaintiff's motion for Protective Order is GRANTED. The court anticipates filing a Protective Order this date.

3) The court reserves its decision regarding plaintiff's motion for leave to file the complaint and attached documents under seal. Additionally, counsel for intervenor may share these documents with his client and apprise the court by September 18, 2008 regarding the need to place these documents under seal.

4) Defendant shall file by Monday, September 22, 2008, the Administrative Record in this matter.

5) Any motions for judgment on the Administrative Record pursuant to RCFC 52.1 may be filed by Thursday, October 16, 2008, with responses thereto due by Monday, October 27, 2008.

s/ Lawrence J. Block
Lawrence J. Block
Judge